IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:95CR3032 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD HANSEN, | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

    My Memorandum and Order on Defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255, dated November 7, 2006, directed that the defendant file a reply brief in support of his § 2255 motion within 20 days of November 7, 2006.   On November 27, 2006, I was notified by a member of the staff of the defendant's counsel that no reply brief would be submitted, and none has been.   Accordingly,

    IT IS ORDERED that the Defendant's § 2255 motion is dismissed as an impermissible collateral attack upon a prior state conviction.

    Dated November 28, 2006.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge