IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:95CR3032 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD HANSEN, | ) | MEMORANDUM AND ORDER ON |
| | ) | PURPORTED DECLARATION IN |
| Defendants. | ) | SUPPORT OF MOTION UNDER 28 U.S.C. |
| | ) | § 2255 |

On November 28, 2006, I dismissed the defendant's § 2255 motion as being an impermissible collateral attack upon a prior state conviction. On December 7, 2006, a document, filing 200, titled "Declaration in Support of Motion Under 28 U.S.C. § 2255" was filed by the defendant. The filing is untimely, not meeting the requirement of the Order of Dismissal of filing within 20 days of November 7, 2006.

IT IS ORDERED that the declaration of Richard Otto Hansen, filing 200, is untimely and the § 2255 motion remains dismissed.

Dated December 11, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge