IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:95CR3032 |
| v. | ) | |
| RICHARD HANSEN, | ) | JUDGMENT |
| Defendants. | ) | |

In accordance with the Memorandum and Order on Defendant's Second Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255,

**IT IS ORDERED** that judgment is entered for the United States of America and against the defendant, Richard Otto Hansen, and the defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, filing 205, is denied.

Dated May 14, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge

1