IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>RICHARD HANSEN,  )<br>)<br>Defendants.  )<br>)  | 4:95CR3032<br><br>ORDER REGARDING IN FORMA<br>PAUPERIS STATUS |

    IT IS ORDERED that Richard Hansen has not shown that he is entitled to proceed in forma pauperis on appeal of Defendant's Second Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255, filing 210, and he, therefore, is not eligible to proceed in forma pauperis.

    Dated June 24, 2008.

                                        BY THE COURT

                                        s/ Warren K. Urbom
                                        United States Senior District Judge