IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:95CR3032 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RICHARD HANSEN, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on Defendant Richard Hansen's Notice of Appeal. (Filing No. 221.) On May 14, 2008, the court dismissed Hansen's second Motion to Vacate Sentence and entered judgment against Hansen. (Filing Nos. 210 and 211.) In his Notice of Appeal, Hansen states that he wishes to appeal the May 14, 2008, Memorandum and Order and Judgment. (Filing No. 221.) However, on June 13, 2008, Hansen filed a Motion for Certificate of Appealability, which the court liberally construed as a Notice of Appeal. (Filing No. 213.) The Clerk of the court therefore processed the June 13, 2008,filing as a Notice of Appeal and this matter is now pending before the Eighth Circuit Court of Appeals. (Filing No. 223.) No further action is necessary.

    IT IS THEREFORE ORDERED that:

    1.    Defendant Richard Hansen's Notice of Appeal (filing no. 221) is duplicative of Filing No. 213.

    2.    Because this matter is already pending before the Eighth Circuit Court of Appeals, the Clerk of the court need not take any further action regarding Hansen's second Notice of Appeal.

    3.    The Clerk of the court is directed to send a copy of this memorandum

and order to the Eighth Circuit Court of Appeals.

    Dated August 26, 2008.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge